# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:21-cv-00449-MR

| | |
|---|---|
| DAKOTA REESE DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| GARRY L. MCFADDEN, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on review of this docket in this matter.

Plaintiff Dakota Reese Davis ("Plaintiff") filed a *pro se* civil action on August 25, 2021, pursuant to 42 U.S.C. § 1983. [Doc. 1]. After granting Plaintiff in forma pauperis status, the Court conducted initial review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). The Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff thirty (30) days from November 18, 2021 to amend his Complaint in accordance with the terms of the Court's Order. [Doc. 9]. The Court advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id. at 6].

More than 30 days have passed, and Plaintiff has not filed an amended Complaint. The Court will, therefore, dismiss this action without prejudice for Plaintiff's failure to state a claim upon which relief may be granted.

## **ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is dismissed without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: January 3, 2022

Martin Reidinger
Chief United States District Judge

2

Case 3:21-cv-00449-MR   Document 11   Filed 01/04/22   Page 2 of 2