# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| DAKOTA REESE DAVIS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:21-cv-00449-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| GARRY L. MCFADDEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 4, 2022 Order.

January 4, 2022

Frank G. Johns, Clerk
United States District Court